James E. Cecchi
Caroline F. Bartlett
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

Counsel for Plaintiffs and the Settlement Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEATRIZ TIJERINA, DAVID CONCEPCIÓN, GINA APRILE, THERESA GILLESPIE, TALINA HENDERSON, DIANA FERRARA, LAUREN DALY, SHANE MCDONALD, KASEM CUROVIC, CHRISTA CALLAHAN, ERICA UPSHUR, JOHNNIE MOUTRA, JENNIFER TOLBERT, DEREK LOWE, PHILLIP HOOKS, and DELIA MASONE, Individually and on behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AKTIENGESELLSCHAFT, <br><br> Defendants. | Civil Action No. 2:21-cv-18755-BRM-LDW <br><br> **NOTICE OF MOTION** |

**To: All Persons on ECF Service List**

    **PLEASE TAKE NOTICE** that at such date and time as the Court shall determine, Lead Plaintiffs, through their undersigned counsel, shall move, on behalf of Plaintiffs and the Class, before the Hon. Leda D. Wettre, U.S.M.J., at the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of the proposed preliminary approval Order that, among other things, will, (1) preliminarily approve the proposed Settlement; (2) certify the proposed Settlement Class, appoint Lead Plaintiffs as Class representatives, and appoint Class Counsel for purposes of the Settlement; (3) approve the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; (4) schedule a hearing to consider final approval of the Settlement; and (5) granting such other and further relief as the Court may deem just and proper.

    **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Class Counsel will rely upon the accompanying brief in support and the Declaration of James E. Cecchi and exhibits annexed thereto.

    **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

    **PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

Dated: November 13, 2024

Respectfully submitted,

/s/ *James E. Cecchi*
James E. Cecchi
Caroline F. Bartlett
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

Christopher A. Seeger
Christopher Ayers
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile:  973-679-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

Steve W. Berman+
Stephanie Verdoia+
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
stephaniev@hbsslaw.com
Counsel for Plaintiffs and the Settlement Class
+ Admitted pro hac vice