James E. Cecchi
Caroline F. Bartlett
**CARELLA, BYRNE, CECCHI,**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

Counsel for Plaintiffs and the Settlement Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEATRIZ TIJERINA, DAVID CONCEPCIÓN, GINA APRILE, THERESA GILLESPIE, TALINA HENDERSON, DIANA FERRARA, LAUREN DALY, SHANE MCDONALD, KASEM CUROVIC, CHRISTA CALLAHAN, ERICA UPSHUR, JOHNNIE MOUTRA, JENNIFER TOLBERT, DEREK LOWE, PHILLIP HOOKS, and DELIA MASONE, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AKTIENGESELLSCHAFT,<br><br>Defendants. | Civil Action No. 2:21-cv-18755-BRM-LDW<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT AND FINAL CERTIFICATION OF THE SETTLEMENT CLASS** |

879298v1

**To: All Persons on ECF Service List**

Plaintiffs, Beatriz Tijerina, David Concepcion, Gina Aprile, Theresa Gillespie, Diana Ferrara, Lauren Daly, Shane McDonald, Kasem Curovic, Christa Callahan, Erica Upshur, Johnnie Moutra, Jennifer Tolbert, Derek Lowe, Phillip Hooks, and Delia Masone through their undersigned counsel, on behalf of Plaintiffs and the Class, hereby respectfully request that the Court enter an Order:

1. Granting final approval of the Settlement set forth in the Settlement Agreement (the "SA");

2. Certifying the Settlement Class for settlement purposes only;

3. Granting final appointment of Beatriz Tijerina, David Concepcion, Gina Aprile, Theresa Gillespie, Diana Ferrara, Lauren Daly, Shane McDonald, Kasem Curovic, Christa Callahan, Erica Upshur, Johnnie Moutra, Jennifer Tolbert, Derek Lowe, Phillip Hooks, and Delia Masone Settlement Class Representatives;

4. Confirming the appointment of the law firms of Carella, Byrne, Cecchi, Brody & Agnello, P.C.; Seeger Weiss LLP, and Hagens Berman Sobol Shapiro LLP as Settlement Class Counsel;

5. Appointing JND Claim Administration as Settlement Claim Administrator;

6. Entering a final judgment dismissing the action with prejudice; and

7. Issuing related relief, as appropriate.

879298v1

This Motion is based on the contemporaneously-filed memorandum of law in support of final approval submitted by Plaintiffs; the Declaration of James E. Cecchi; and all pleadings, records, and papers on file with the Court in this action.

| | |
|---|---|
| Dated: July 14, 2025 | Respectfully submitted,<br><br>/s/ *James E. Cecchi*<br>James E. Cecchi<br>Caroline F. Bartlett<br>**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Telephone: (973) 994-1700<br>Facsimile: (973) 994-1744<br>jcecchi@carellabyrne.com<br>cbartlett@carellabyrne.com<br><br>Christopher A. Seeger<br>Christopher Ayers<br>**SEEGER WEISS LLP**<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>Telephone: 973-639-9100<br>Facsimile:  973-679-8656<br>cseeger@seegerweiss.com<br>cayers@seegerweiss.com<br><br>Steve W. Berman+<br>Stephanie Verdoia+<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>stephaniev@hbsslaw.com |

879298v1

                                       Counsel for Plaintiffs and the Settlement Class
+ Admitted pro hac vice